KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
|     DENNIS MEYER DANZIK, ) | |
| ) | Case No.  19-20116 |
| ) | CHAPTER 7 |
|                     Debtor. ) | |
| _____ ) | |
| ) | |
| Dennis Meyer Danzik, ) | |
| ) | |
|         Appellant, ) | |
| ) | |
|     v. ) | |
| ) | |
| CWT Canada II Limited Partnership and ) | |
| Resource Corporation, ) | |
| ) | |
|         Appellees. ) | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name of appellant:   Dennis Meyer Danzik, the Debtor/Respondent.

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe)
   _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: The bankruptcy court's Decision Memorandum on Motion to Dismiss Chapter 7 Case with Prejudice on a motion filed by CWT Parties and Judgment at docket no. 77 & 78 entered in the adversary case on June 24, 2019

2. State the date on which the judgment, order, or decree was entered: June 24th, 2019.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Parties: Movant
   CWT Canada II Limited Partnership and Resource Recovery Corporation

   Attorney: Brad Hunsicker
   Markus Williams & Young, LLC
   106 E. Lincolnway, Suite 300
   Cheyenne, WY 82001
   (307) 778-8178
   bhunksicker@markuswilliams.com

   Attorney: Joshua D. Wurtzel
   Schlam Stone & Dolan LLP
   26 Broadway
   New York, NY 10004
   Telephone: (212) 344-5400
   Facsimile: (212) 344-7677
   jwurtzel@schlamstone.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Ken McCartney                              Date: June 25th, 2019
Signature of attorney for appellant

Name, address, and telephone number of attorney:

KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Fax; (307) 635-0585
Email: bnkrpcyrep@aol.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.